## N. H. WHITE *v.* W. O. WINN.

Where work to be done on roads, levees and ditches on a party's land, had been regularly adjudicated to an undertaker, according to the provisions of the Act of 1855, and upon their completion, the Road and Levee Inspector issued his certificate to the undertaker—*Held :* That in case of non-payment, the undertaker was not entitled to an order of seizure and sale, unless the petition was accompanied by his oath, showing the amount due.

APPEAL from the District Court of the Parish of Avoyelles, *Cullom,* J. *Cannon & Irion,* for plaintiff. *M. Ryan* and *Hyman & Cazabat,* for plaintiff and appellant.

VOORHIES, J. The works to be done to the road, levees and ditches on the land of the defendant, situated on the Achafalaya River, in the Parish of Avoyelles, were adjudicated to the plaintiff, *N. H. White.*

The proces-verbal of the adjudication was recorded in the Office of the Recorder of mortgages, and, upon the completion of the work, the Road and Levee inspector issued his certificate to the undertaker.

An order of seizure and sale having issued, the defendant took an appeal from the decree of the court.

The order was erroneously granted : the petition is not accompanied with the oath of the undertaker, showing the amount due. Acts 1855, relative to roads and levees, p. 394, § 3.

It is, therefore, ordered and decreed, that the judgment of the District Court be avoided and reversed; and that the plaintiff's petition for executory process, be dismissed with costs in both courts.